# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS, | ) ) ) ) No. 1:18-cv-2197-JPH-DML |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| JMY PLASTERING SPECIALIST LLC, a Missouri limited liability company, | ) ) ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Now comes the Plaintiffs, by counsel, and hereby dismisses this action against Defendant, JMY PLASTERING SPECIALIST LLC without prejudice pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure.

          Respectfully submitted,

          s/ Donald D. Schwartz
          Donald D. Schwartz
          Attorney for Plaintiffs

Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
Phone: (312) 236-0415
Fax: (312) 341-0438

## **CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Voluntary Dismissal was filed electronically on the 10th day of May 2019, and a copy of the foregoing will be sent to the following parties by operation of the Courts electronic filing system and by mail.

>JMY PLASTERING SPECIALIST LLC
>C/O ITS REGISTERED AGENT, MARIA ELENA MEDINA
>16824 HEATHER MOOR DRIVE
>SAINT LOUIS, MISSOURI 63034-3226

s/Donald D. Schwartz

Donald D. Schwartz
ARNOLD AND KADJAN, LLP
35 E. Wacker Dr., Suite 600
Chicago, IL 60601
Phone: (312) 236-0415
Fax: (312) 341-0438